# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2014

*The Court of Appeals hereby passes the following order:*

## A13A2218.  RUFUS v. OZBURN, et al.

The case is remanded in accordance with our order dated December 16, 2013.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 01/21/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*